```
 1  HARVEY SISKIND LLP
    D. PETER HARVEY (SBN. 55712)
 2  RAFFI V. ZEROUNIAN (SBN 236388)
    SETH I. APPEL (SBN 233421)
 3  Four Embarcadero Center, 39th Floor
    San Francisco, California 94111
 4  Telephone:   415.354.0100
 5  Facsimile:   415.391.7124
    pharvey@harveysiskind.com
 6  rzerounian@harveysiskind.com
    sappel@harveysiskind.com
 7
 8  Attorneys for Plaintiff
    SUNPOWER CORPORATION
 9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SUNPOWER CORPORATION, a Delaware corporation, Plaintiff, vs. SUNPOWER CONSULTING LLC, an Oregon limited liability company, Defendant. | Case No. C 07-02090 SI  **[PROPOSED] ORDER GRANTING *EX PARTE* REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |
|---|---|

Having received a request from Plaintiff to reschedule the case management hearing, and good cause appearing, the Court hereby reschedules the initial case management conference in this case for August 3, 2007, at 2:00 p.m.

IT IS SO ORDERED.

DATED:

_____
The Honorable Susan Illston
United States District Court Judge

[PROPOSED] ORDER GRANTING *EX PARTE*                                    CASE NO. C 07-02090 SI
REQUEST TO RESCHEDULE INITIAL CMC

Dockets.Justia.com